DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as legal title trustee for Bronze Creek Title Trust 2013-NPL1 and Bayview Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE FOR BRONZE CREEK TITLE TRUST 2013-NPL1,<br><br>Plaintiff,<br><br>vs.<br><br>MARTHA C. TREJO, AIRMOTIVE INVESTMENTS, LLC, DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01016-MMD-NJK<br><br>**STIPULATION AND ORDER TO SUBSTITUTE BAYVIEW LOAN SERVICING, LLC AS REAL PLAINTIFF IN INTEREST** |

Plaintiff Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as legal title trustee for Bronze Creek Title Trust 2013-NPL1, Bayview Loan Servicing, LLC, and Airmotive Investments, LLC stipulate and agree to substitute Bayview Loan Servicing, LLC as the real party in interest, in place of Wilmington to this matter and

1

46220723;1

to the case caption.  The parties further stipulate as follows:

- Borrower Martha Trejo executed a deed of trust in the amount of $242,889.00 for property located at 6039 Sun Appello Avenue, Las Vegas, Nevada 89122, recorded with the Clark County Recorder as Instrument No. 20070926-0003693.
- The deed of trust was assigned to Wilmington on March 11, 2014, as reflected by the corporation assignment of deed of trust recorded against the property with the Clark County Recorder as Instrument No. 20140507-0001677.
- Since initiation of the current litigation, Wilmington has assigned all interest it has in the deed of trust to Bayview, as reflected by the corporate assignment of deed of trust recorded against the property with the Clark County Recorder as Instrument No. 20180822-0002746.
- Accordingly, the parties stipulate that Bayview, as current assignee under the deed of trust, should be substituted as plaintiff for Wilmington in this action.

Dated this 5th day of October, 2018.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as legal title trustee for Bronze Creek Title Trust 2013-NPL1 and Bayview Loan Servicing, LLC* | /s/Timothy E. Rhoda<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 W. Post Road, Suite 100<br>Las Vegas, NV 89148<br><br>*Attorneys for Airmotive Investments, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 9, 2018

2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46220723;1